**Thomas P. DiNapoli**
**State Comptroller**

**VINCENT BONANNO**

|  | Total Gross | Fed Taxable Gross |
|---|---|---|
| Current | 2,455.53 | 2,228.65 |
| YTD | 76,234.48 | 71,547.34 |

| Attvice # | 61357133 | Pay Start Date | 11/11/2010 | Negotiating Unit | 03 | **Net Pay** | **1,295.58** |
|---|---|---|---|---|---|---|---|
| Advice Date | 12/08/2010 | Pay End Date | 11/24/2010 | Retirement System | ERS | | |

| Department ID | 17100 | | | | | Pay Rate | 49,821.00 |

### EARNINGS

| EARNINGS | Current Hrs/Days | Current Earnings | YTD Hrs/Days | YTD Earnings |
|---|---|---|---|---|
| Regular Pay Salary Employee | | 1,910.95 | | 47,058.35 |
| Location Pay | | 116.97 | | 2,981.75 |
| Uniform Allowance NU 03 | | 52.00 | | 104.00 |
| OT for Annuals (10/28-11/10) | 9.50 | 576.53 | 636.25 | 24,606.58 |
| Holiday Pay | | | 0.06 | 11.72 |
| Imputed Income Special | | | | 521.55 |
| Special Assignment to Duty | | | 1.00 | 500.00 |
| Call Out Bonus | | | | 580.00 |
| Retro OT - Annuals | | | | 65.56 |
| Retro Regular Pay Salaried | | | | 146.98 |
| Imputed Income Regular | | | | 1,045.10 |
| OT Meals CSEA $6.00 | | | 60.00 | 360.00 |

### TAX DATA

| TAX DATA | Federal | State | NYC | Yonkers |
|---|---|---|---|---|
| Marital Status | S | S | | |
| Allowances | 0 | 0 | | |
| Addl. Amt. | | | | |

### TAXES

| TAXES | Current | YTD |
|---|---|---|
| Fed Withholding | $75.19 | 15,569.71 |
| Medicare | 35.97 | 1,099.58 |
| Social Security | 145.28 | 4,662.33 |
| NY Withholding | 119.02 | 4,085.91 |

### BEFORE TAX DEDUCTIONS

| BEFORE TAX DEDUCTIONS | Current | YTD |
|---|---|---|
| Regular Before Tax Health | 112.34 | 2,366.55 |
| Deferred Comp | 114.55 | 3,651.53 |
| Special Before Tax Health Adj | | 233.75 |

### AFTER TAX DEDUCTIONS

| AFTER TAX DEDUCTIONS | Current | YTD |
|---|---|---|
| ERS Retirement After Tax | | |
| ERS Loans | 152.00 | 5,800.00 |
| SEFA of Long Island | 3.00 | 69.00 |
| Civil Service Employees Assoc | 25.19 | 629.75 |
| CSEA Regular Life Ins | 18.00 | 450.00 |
| CSEA Accident/Health Ins | 61.40 | 1,555.00 |
| Regular After Tax Health | | 233.73 |

---

December 08, 2010

Advice No. **61357133**

Deposited in the Account(s) of      VINCENT BONANNO

**NON-NEGOTIABLE**

| Direct Deposit Distribution | Account Number(s) not displayed to protect your privacy | |
|---|---|---|
| Transit # | Account Type | Deposit |
| 221492002 | Savings | 75.00 |
| 021000021 | Checking | 1,220.58 |
| | | |
| | | |
| Total | | 1,295.58 |

**NET DISTRIBUTIONS**

| Advice # 61357133 | 1,295.58 |
|---|---|
| Check # | |
| Total | 1,295.58 |

**Thomas P. DiNapoli**
**State Comptroller**

**VINCENT BONANNO**

| | Total Gross | Fed Taxable Gross |
|---|---|---|
| Current | 2,502.62 | 2,270.77 |
| YTD | 73,778.95 | 69,318.71 |

| Advice # | 61135893 | Pay Start Date | 10/28/2010 | Negotiating Unit | 03 | **Net Pay** | **1,320.70** |
|---|---|---|---|---|---|---|---|
| Advice Date | 11/24/2010 | Pay End Date | 11/10/2010 | Retirement System | ERS | | |

| Department ID | 17100 | | | | | Pay Rate | 49,821.00 |
|---|---|---|---|---|---|---|---|

| EARNINGS | Current Hrs/Days | Earnings | YTD Hrs/Days | Earnings |
|---|---|---|---|---|
| Regular Pay Salary Employee | | 1,910.93 | | 45,127.42 |
| Location Pay | | 116.07 | | 2,785.68 |
| OT for Annuals (10/14-10/27) | 12.00 | 475.62 | 628.75 | 24,229.77 |
| Uniform Allowance NU 03 | | | | 52.00 |
| Holiday Pay | | | 0.06 | 11.72 |
| Imputed Income Special | | | | 521.55 |
| Special Assignment to Duty | | | 1.00 | 500.00 |
| Call Out Bonus | | | | 500.00 |
| Retro OT - Annuals | | | | 65.50 |
| Retro Regular Pay Salaried | | | | 146.98 |
| Imputed Income Regular | | | | 1,045.10 |
| OT Meals CSEA $6.00 | | | 60.00 | 360.00 |

| TAX DATA | Federal | State | NYC | Yonkers |
|---|---|---|---|---|
| Marital Status | S | S | | |
| Allowances | 0 | 0 | | |
| Addl. Amt. | | | | |

| TAXES | Current | YTD |
|---|---|---|
| Fed Withholding | 385.72 | 13,194.52 |
| Medicare | 34.66 | 1,056.41 |
| Social Security | 148.20 | 4,517.05 |
| NY Withholding | 121.90 | 3,964.89 |

| BEFORE TAX DEDUCTIONS | Current | YTD |
|---|---|---|
| Regular Before Tax Health | 112.54 | 2,254.19 |
| Deferred Comp | 119.51 | 3,536.97 |
| Special Before Tax Health Adj | | 233.73 |

| AFTER TAX DEDUCTIONS | Current | YTD |
|---|---|---|
| ERS Retirement After Tax | | |
| ERS Loans | 152.00 | 3,648.00 |
| SEFA of Long Island | 3.00 | 66.00 |
| Civil Service Employees Assoc | 25.19 | 604.56 |
| CSEA Regular Life Ins | 18.00 | 432.00 |
| CSEA Accident/Health Ins | 61.40 | 1,473.60 |
| Regular After Tax Health | | 233.73 |

November 24, 2010

Advice No. **61135893**

Deposited in the Account(s) of    VINCENT BONANNO

**NON-NEGOTIABLE**

| Direct Deposit Distribution | Account Number(s) not displayed to protect your privacy | |
|---|---|---|
| Transit # | Account Type | Deposit |
| 221492002 | Savings | 75.00 |
| 021000021 | Checking | 1,245.70 |
| | | |
| Total | | 1,320.70 |

**NET DISTRIBUTIONS**

| | |
|---|---|
| Advice # 61135893 | 1,320.70 |
| Check # | |
| Total | 1,320.70 |

**Thomas P. DiNapoli**
**State Comptroller**

VINCENT BONANNO

| | Total Gross | Fed Taxable Gross |
|---|---|---|
| Current | 3,458.05 | 3,178.42 |
| YTD | 71,276.53 | 67,047.96 |

| Advice # | 60915708 |
|---|---|
| Advice Date | 11/10/2010 |

| Pay Start Date | 10/14/2010 |
|---|---|
| Pay End Date | 10/27/2010 |

| Negotiating Unit | 03 |
|---|---|
| Retirement System | ERS |

**Net Pay**    **1,854.68**

| Department ID | 17100 |
|---|---|

| Pay Rate | 49,821.00 |
|---|---|

| EARNINGS | Current Hrs/Days | Earnings | YTD Hrs/Days | Earnings |
|---|---|---|---|---|
| Regular Pay Salary Employee | | 1,910.93 | | 43,216.49 |
| Location Pay | | 116.07 | | 2,669.61 |
| OT Meals CSEA $6.00 | 4.00 | 24.00 | 60.00 | 360.00 |
| OT for Annuals (09/30-10/13) | 35.50 | 1,407.05 | 616.75 | 23,754.15 |
| Uniform Allowance NU 03 | | | | 52.00 |
| Holiday Pay | | | 0.06 | 11.72 |
| Imputed Income Special | | | | 521.55 |
| Special Assignment to Duty | | | 1.00 | 500.00 |
| Call Out Bonus | | | | 500.00 |
| Retro OT - Annuals | | | | 65.38 |
| Retro Regular Pay Salaried | | | | 146.98 |
| Imputed Income Regular | | | | 1,043.10 |

| TAX DATA | Federal | State | NYC | Yonkers |
|---|---|---|---|---|
| Marital Status | S | S | | |
| Allowances | 0 | 0 | | |
| Addl. Amt. | | | | |

| TAXES | | | Current | YTD |
|---|---|---|---|---|
| Fed Withholding | | | 624.15 | 12,808.80 |
| Medicare | | | 48.51 | 1,021.75 |
| Social Security | | | 207.45 | 4,368.85 |
| NY Withholding | | | 184.88 | 3,842.99 |

| BEFORE TAX DEDUCTIONS | Current | YTD |
|---|---|---|
| Regular Before Tax Health | 112.34 | 2,141.85 |
| Deferred Comp | 167.29 | 3,417.46 |
| Special Before Tax Health Adj | | 233.73 |

| AFTER TAX DEDUCTIONS | Current | YTD |
|---|---|---|
| ERS Retirement After Tax | | |
| ERS Loans | 152.00 | 5,496.00 |
| SEFA of Long Island | 3.00 | 63.00 |
| Civil Service Employees Assoc | 25.19 | 579.37 |
| CSEA Regular Life Ins | 18.00 | 414.00 |
| CSEA Accident Health Ins | 61.40 | 1,411.20 |
| Regular After Tax Health | | 233.73 |

---

November 10, 2010

Advice No. **60915708**

Deposited in the Account(s) of    VINCENT BONANNO

| Direct Deposit Distribution | Account Number(s) not displayed to protect your privacy | |
|---|---|---|
| Transit # | Account Type | Deposit |
| 221492002 | Savings | 75.00 |
| 021000021 | Checking | 1,779.68 |
| | | |
| Total | | 1,854.68 |

## NON-NEGOTIABLE

| NET DISTRIBUTIONS | |
|---|---|
| Advice # 60915708 Check # | 1,854.68 |
| Total | 1,854.68 |

| **Thomas P. DiNapoli**<br>**State Comptroller** | **VINCENT BONANNO** | | | Total Gross | Fed Taxable Gross |
|---|---|---|---|---|---|
| | | | Current | 2,544.08 | 2,120.15 |
| | | | YTD | 67,818.28 | 63,869.52 |

| Advice # | 60695005 | Pay Start Date | 09/30/2010 | Negotiating Unit | 03 | **Net Pay** | **1,230.18** |
|---|---|---|---|---|---|---|---|
| Advice Date | 10/27/2010 | Pay End Date | 10/13/2010 | Retirement System | ERS | | |

| Department ID | 17100 | | Pay Rate | 49,821.00 |
|---|---|---|---|---|

| **EARNINGS** | Current Hrs/Days | Earnings | YTD Hrs/Days | Earnings |
|---|---|---|---|---|
| Regular Pay Salary Employee | | 1,910.93 | | 41,305.56 |
| Location Pay | | 116.07 | | 2,553.54 |
| OT for Annuals (09/16-09/29) | 8.00 | 317.08 | 581.25 | 22,347.10 |
| Uniform Allowance NU 03 | | | | 52.00 |
| Holiday Pay | | | 0.06 | 11.72 |
| Imputed Income Special | | | | 521.55 |
| Special Assignment to Duty | | | 1.00 | 500.00 |
| OT Meals CSEA $6.00 | | | 56.00 | 336.00 |
| Call Out Bonus | | | | 500.00 |
| Retro OT - Annuals | | | | 65.58 |
| Retro Regular Pay Salaried | | | | 146.98 |
| Imputed Income Regular | | | | 1,043.10 |

| **TAX DATA** | Federal | State | NYC | Yonkers |
|---|---|---|---|---|
| Marital Status | S | S | | |
| Allowances | 0 | 0 | | |
| Addl. Amt. | | | | |

| **TAXES** | | Current | YTD |
|---|---|---|---|
| Fed Withholding | | 348.07 | 12,184.67 |
| Medicare | | 32.36 | 973.24 |
| Social Security | | 138.37 | 4,161.42 |
| NY Withholding | | 111.58 | 3,658.91 |

| **BEFORE TAX DEDUCTIONS** | Current | YTD |
|---|---|---|
| Regular Before Tax Health | 112.34 | 2,029.51 |
| Deferred Comp | 111.59 | 3,250.17 |
| Special Before Tax Health Adj | | 235.73 |

| **AFTER TAX DEDUCTIONS** | Current | YTD |
|---|---|---|
| ERS Retirement After Tax | | |
| ERS Loans | 152.00 | 3,344.00 |
| SEFA of Long Island | 3.00 | 60.00 |
| Civil Service Employees Assoc | 25.19 | 554.18 |
| CSEA Regular Life Ins | 18.00 | 396.00 |
| CSEA Accident/Health Ins | 61.40 | 1,350.80 |
| Regular After Tax Health | | 235.73 |

October 27, 2010

Advice No. **60695005**

Deposited in the Account(s) of    VINCENT BONANNO

**NON-NEGOTIABLE**

| **Direct Deposit Distribution** | **Account Number(s) not displayed to protect your privacy** | |
|---|---|---|
| Transit # | Account Type | Deposit |
| 221492002 | Savings | 75.00 |
| 021000021 | Checking | 1,155.18 |
| | | |
| Total | | 1,230.18 |

**NET DISTRIBUTIONS**

| | |
|---|---|
| Advice # 60695005 | 1,230.18 |
| Check # | |
| Total | 1,230.18 |